# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-13-00490-CR**
**NO. 03-13-00491-CR**
**NO. 03-13-00492-CR**
**NO. 03-13-00493-CR**
**NO. 03-13-00495-CR**

**Gerald Christopher Zuliani, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT**
**NOS. D-1-DC-13-900010, D-1-DC-13-900011, D-1-DC-12-100127,**
**D-1-DC-13-900137 & D-1-DC-12-900269**
**HONORABLE P. DAVID WALBERG, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due December 2, 2013. On counsel's motion, the time for filing was extended to February 28, 2014. Appellant's counsel has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional 30 days. We grant the motion for extension of time and order appellant to file a brief no later than May 5, 2014. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 4th day of April, 2014.

Before Justices Puryear, Goodwin, and Field